IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                     Plaintiff,     ) | |
| v.                                                                      ) | Civil No.  14-1010 |
| $33,954.12 IN UNITED STATES CURRENCY,  ) | |
|                                     Defendant    ) | |

## ORDER OF DISMISSAL

Now on this 21st day of November, 2014, comes on for consideration the Government's Motion For Voluntary Dismissal pursuant to Federal Rule of Civil Procedure Rule 41.1(a)(2)

The United States seeks the voluntary dismissal of this matter due to a change in Department of Treasury/Internal Revenue Service priorities concerning these matters.  On November 6, 2014, the undersigned counsel for the United States communicated with counsel for the claimant and informed them that the United States would move for voluntary dismissal on that basis.  The defendant indicated no objection to this motion at that time.

Upon consideration of the same, the Court is of the opinion that said Motion should be granted.

NOW THEREFORE, it is ordered that the above-captioned civil proceedings be on this same day hereby dismissed.

Entered on this 21st day of November, 2014.

                                                               /s/ Susan O. Hickey
                                                               Honorable Susan O. Hickey
                                                               U.S. District Judge